UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA

                           CIVIL MINUTES -- GENERAL

Case No.    **CV 18-7804-JFW(GJSx)**                       Date: **January 31, 2019**

Title:      Brian Whitaker -v- EJA Associates, L.P., et al.

---

**PRESENT:**

           **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

           **Shannon Reilly**                        **None Present**
           **Courtroom Deputy**                      **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                             None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK
                                 OF PROSECUTION

   Plaintiff is ordered to show cause, in writing, no later than **February 4, 2019**, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

____    Proof of service of summons and complaint

  X     Answer by the defendant or an application for entry of default pursuant to Federal Rule
        of Civil Procedure 55(a)

____    Motion for entry of default judgment set for hearing in accordance with the Local Rules
        and the Court's Standing Order

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   IT IS SO ORDERED.

                                                              Initials of Deputy Clerk  _sr_

(Rev. 10/1/04)